UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
COMAIR, INC.,                           No. 08-CV-01630 (DLC)
                                        Hon. Dennis L. Cote
         Plaintiff,

    v.
                                        NOTICE OF DISMISSAL
ADVANCED OPTIMIZATION
SYSTEMS, INC.,

         Defendant.
-----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the above captioned action is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Defendant Advanced Optimization Systems, Inc., has not filed an answer or otherwise appeared in this action.

Dated: New York, New York
       March 12, 2008

GREENBERG FREEMAN LLP

By: _____
    Michael Freeman (MF-9600)
    24 West 40th Street, 17th Floor
    New York, NY 10018
    (646) 366-0881

Attorneys for Plaintiff

SO ORDERED:

_____
Dennis L. Cote, U.S.D.J.

March 13, 2008